# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **BARRY PANNETT,** | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:19-CV-02734-NCC |
| **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,** | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Defendant State Farm Mutual Automobile Insurance Company's ("Defendant") June 18, 2020 Motion for Physical Exam (Doc. 14). Defendant requests an order from the Court directing Plaintiff Barry Pannett ("Plaintiff") to appear for an examination before Dr. Benjamin Crane on July 15, 2020, at 9:30 a.m. pursuant to Federal Rule of Civil Procedure 35. Defendant asserts that a physical examination is warranted in this action because Plaintiff seeks damages for injuries to various parts of his body including his neck, back, and shoulder. In support of its Motion, Defendant has provided a copy of Dr. Crane's CV. Defendant's Motion was timely filed before the June 19, 2020 deadline for such requests in the Case Management Order (Doc. 13). As of today's date, Plaintiff has not responded to Defendant's Motion and the time to do so has elapsed. *See* E.D. Mo. L.R. 4.01. Upon review of the motion and pursuant to Federal Rule of Civil Procedure 35(a),

**IT IS HEREBY ORDERED** that Defendant State Farm Mutual Automobile Insurance Company's Motion for Physical Exam (Doc. 14) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff Barry Pannett is **DIRECTED** to appear for

an examination before Dr. Benjamin Crane on **July 15, 2020, at 9:30 a.m.**  Dr. Crane shall take Plaintiff's medical history and conduct a physical exam.

Dated this 9th day of July, 2020.

                                                      /s/ Noelle C. Collins
                                            NOELLE C. COLLINS
                                            UNITED STATES MAGISTRATE JUDGE